U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 2 2 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:13-cr-00150-01 |
| | |
| versus | 18 U.S.C. § 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon |
| | Forfeiture Allegations and Notice |
| LARRY ROBERT BAKER | Judge Stagg |
| | Mag. Judge Hornsby |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From on or about December 1, 2012, to on or about January 11, 2013, in the Western District of Louisiana, the defendant, LARRY ROBERT BAKER, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, (a felony), did knowingly possess, in and affecting commerce, a firearm, to wit: a .22 caliber CBC (Companhia de Braziliera de Cartuchos), Model 702 Plinkster rifle, made in Brazil and imported by O.F. Mossberg and Sons of North Haven Connecticut, with a Bushnell scope attached, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### COUNT 2

On or about January 11, 2013, in the Western District of Louisiana, the defendant, LARRY ROBERT BAKER, having previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, (a felony), did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Heritage MFB, Inc., model Rough Rider, .22 caliber revolver, and .22 caliber ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).  [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### FORFEITURE ALLEGATIONS AND NOTICE

A.   The allegations contained in Count 2 is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1).

B.   As a result of the violation in Count 2 of this Indictment and upon his conviction, the defendant, LARRY ROBERT BAKER, shall forfeit to the United States the firearm and ammunition described in Count 2 of this indictment.

A TRUE BILL:

*REDACTED*
_____
FOREMAN OF THE GRAND JURY


STEPHANIE A. FINLEY
UNITED STATES ATTORNEY


_____
ROBERT W. GILLESPIE, JR. (LA #06202)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318/676-3600

_____
ROBERT J. FRANCE (VA #79598)
Special Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
318/676-3600